RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, *ALEXANDRA HAARDT*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) 2:12-CR-478-JCM-VCF |
| ALEXANDRA HAARDT, | ) |
| Defendant. | ) |

### STIPULATION AND [PROPOSED ORDER] TO CONTINUE EVIDENTIARY HEARING

**IT IS HEREBY STIPULATED and AGREED** by and between Daniel G. Bogden, United States Attorney, James Keller, Assistant United States Attorney, and Richard A. Schonfeld, counsel for Defendant Alexandra Haardt, and Ben Nadig, counsel for Defendant Marco Daniel Alvarado that the hearing scheduled for June 23, 2014, at 10:00 am on Defendant Haardt's Motion to Suppress and Defendant Alvarado's Joinder be continued to a date not sooner than July 28, 2014, or a date and time convenient to the Honorable Court thereafter. This Stipulation is entered into for the following reasons:

1. Both Defendant's subject to this hearing have signed Guilty Plea Agreements;

2. Counsel for the government and counsel for the Defendants agree to the continuance;

3. Counsel for Defendant Marco Daniel Alvarado has no objection to the request.

**DATED** this _____ day of June, 2014.

| | |
|---|---|
| **UNITED STATES ATTORNEY** | **ATTORNEY FOR DEFENDANT** |
| _____/s/_____ | _____/s/_____ |
| **JAMES KELLER** | **RICHARD A, SCHONFELD, ESQ.** |
| Assistant United States Attorney | Nevada Bar No. 6815 |
| 333 Las Vegas Blvd. South, Suite 5000 | 520 S. Fourth Street, 2nd Floor |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |

**ATTORNEY FOR DEFENDANT ALVARADO**

_____/s/_____
**BENJAMIN J. NADIG, ESQ.**
Nevada Bar No. 9876
324 S. 3rd Street, #1
Las Vegas, Nevada 89101

## ORDER

The matter having come before the court on the stipulation of the parties and good cause appearing,

**IT IS HEREBY ORDERED** that the hearing scheduled for June 23, 2014, at 10:00 a.m. on Defendant Haardt's Motion to Suppress and Defendant Alvarado's Joinder be continued to ~~July 28~~ August 4, 2014, at the hour of 10:00 AM.

**IT IS SO ORDERED.**

_____
THE HONORABLE JUDGE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE
Dated: June 23, 2013

Submitted by:

**CHESNOFF & SCHONFELD**

_____/s/_____
**RICHARD A. SCHONFELD, ESQ.**