Ben Nadig
Nevada State Bar No. 9876
324 S. Third Street, Suite 200
Las Vegas, NV 89101
P: (702) 545-7592
F: (702) 382-6903
*Attorney for Marco Alvarado*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA

Plaintiff,

vs.

MARCO ALVARADO,

Defendant.

Case No.: 2:12-CR-00478-JAD-VCF

**STIPULATION AND ORDER FOR DEFENDANT TO TRAVEL FOR THE WEEKEND OF AUGUST 24, 2014 TO AUGUST 27, 2014**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Daniel G. Bogden, United States Attorney, and James Keller, Assistant United States Attorney, counsel for the United States of America, and Ben Nadig, counsel for defendant Marco Alvarado, that the defendant in the above-entitled matter is eligible to travel from Houston, Texas to San Antonio, Texas for the weekend of August 24, 2014 to August 27, 2014.

This stipulation is entered into for the following reasons:

1.  Defendant requests permission to travel to San Antonio, Texas for three days to visit family.

2.  The Defendant is not incarcerated and the Government does not object to the travel.

3.  Pretrial Services does not object to the travel.

4.  Defendant's supervising officer, Michael Cannon, does not object to the travel.

5.  The parties agree to the travel request.

    This is the first request for travel filed herein.

DATED this 20th day of August, 2014.

_____/s/_____

BEN NADIG
Counsel for Defendant
MARCO ALVARADO

_____/s/_____

JAMES KELLER, ESQ.
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

Plaintiff,

vs.

MARCO ALVARADO,

Defendant.

Case No.: 2:12-CR-00478-JAD-VCF

**STIPULATION AND ORDER FOR DEFENDANT TO TRAVEL FOR THE WEEKEND OF AUGUST 24, 2014 TO AUGUST 27, 2014**

## FINDINGS OF FACT

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant requests permission to travel to San Antonio, Texas for three days to visit family.

2. The Defendant is not incarcerated and the Government does not object to the travel.

3. Pretrial Services does not object to the travel.

4. Defendant's supervising officer, Michael Cannon, does not object to the travel.

5. The parties agree to the travel request.

For all the above-stated reasons, the ends of justice would best be served by allowing the Defendant to travel for the weekend to see his family.

//

//

//

//

//

1

## <u>ORDER</u>

2

   **IT IS THEREFORE ORDERED** that the Defendant be eligible to travel for the

3

weekend of August 24, 2014 to August 27, 2014 to San Antonio, Texas.

4

   DATED this _____ day of August, 2014

5

6

   _____

7

   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28