```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

        NOV 12 2014

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|        Plaintiff, | ) |
|   v. | ) 2:12-CR-478-JAD-(VCF) |
| MARCO DANIEL ALVARADO, | ) |
|        Defendant. | ) |

## FINAL ORDER OF FORFEITURE

On July 25, 2014, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 21, United States Code, Section 853(a)(1), (a)(2), and (p) based upon the plea of guilty by defendant MARCO DANIEL ALVARADO to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Third Superseding Indictment and shown by the United States to have the requisite nexus to the offense to which defendant MARCO DANIEL ALVARADO pled guilty. Third Superseding Indictment, ECF No. 124; Change of Plea, ECF No. 215; Plea Agreement, ECF No. 221; Preliminary Order of Forfeiture, ECF No. 223.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 29, 2014, through August 27, 2014, notifying all potential third parties; and notified known third parties by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 241.

1  Michele L. Shafe, Clark County Assessor was personally served with the Notice and
2  Preliminary Order of Forfeiture on August 19, 2014, by Immigration and Customs Enforcement.
3  Notice of Filing Service of Process, ECF No. 246.
4  Steven B. Wolfson, Clark County District Attorney was personally served with the Notice and
5  Preliminary Order of Forfeiture on August 19, 2014, by Immigration and Customs Enforcement.
6  Notice of Filing Service of Process, ECF No. 246.
7  Debbie Conway, Clark County Recorder was personally served with the Notice and
8  Preliminary Order of Forfeiture on August 14, 2014, by Immigration and Customs Enforcement.
9  Notice of Filing Service of Process, ECF No. 246.
10  Laura B. Fitzpatrick, Clark County Treasurer was personally served with the Notice and
11  Preliminary Order of Forfeiture on August 19, 2014, by Immigration and Customs Enforcement.
12  Notice of Filing Service of Process, ECF No. 246.
13  Diana Alba, Clark County Clerk was personally served with the Notice and Preliminary Order
14  of Forfeiture on August 19, 2014, by Immigration and Customs Enforcement. Notice of Filing Service
15  of Process, ECF No. 246.
16  Diana Alba, Clark County Clerk, Clark County Board of Commissioners was personally
17  served with the Notice and Preliminary Order of Forfeiture on August 19, 2014, by Immigration and
18  Customs Enforcement. Notice of Filing Service of Process, ECF No. 246.
19  Diana Alba, Clark County Clerk, Clark County Water Reclamation District was personally
20  served with the Notice and Preliminary Order of Forfeiture on August 19, 2014, by Immigration and
21  Customs Enforcement. Notice of Filing Service of Process, ECF No. 246.
22  Larry Brown, Chairman, Clark County Water Reclamation District was personally served
23  with the Notice and Preliminary Order of Forfeiture on August 22, 2014, by Immigration and Customs
24  Enforcement. Notice of Filing Service of Process, ECF No. 246.
25  . . .
26  . . .

1  David L. Johnson, General Manager, Southern Nevada Water Authority was personally
2  served with the Notice and Preliminary Order of Forfeiture on August 18, 2014, by Immigration and
3  Customs Enforcement. Notice of Filing Service of Process, ECF No. 246.
4  Gregory J. Walch, General Counsel, Southern Nevada Water Authority was personally served
5  with the Notice and Preliminary Order of Forfeiture on August 18, 2014, by Immigration and Customs
6  Enforcement. Notice of Filing Service of Process, ECF No. 246.
7  John Entsminger, General Manager, Las Vegas Valley Water District was personally served
8  with the Notice and Preliminary Order of Forfeiture on August 18, 2014, by Immigration and Customs
9  Enforcement. Notice of Filing Service of Process, ECF No. 246.
10  Mary Beth Scow, President, Las Vegas Valley Water District was personally served with the
11  Notice and Preliminary Order of Forfeiture on August 18, 2014, by Immigration and Customs
12  Enforcement. Notice of Filing Service of Process, ECF No. 246.
13  Gregory J. Walch, General Counsel, Las Vegas Valley Water District was personally served
14  with the Notice and Preliminary Order of Forfeiture on August 18, 2014, by Immigration and Customs
15  Enforcement. Notice of Filing Service of Process, ECF No. 246.
16  Bradford Jerbic, City Attorney, City of Las Vegas, was personally served with the Notice and
17  Preliminary Order of Forfeiture on August 19, 2014, by Immigration and Customs Enforcement.
18  Notice of Filing Service of Process, ECF No. 246.
19  Beverly Bridges, City Clerk, City of Las Vegas was personally served with the Notice and
20  Preliminary Order of Forfeiture on August 19, 2014, by Immigration and Customs Enforcement.
21  Notice of Filing Service of Process, ECF No. 246.
22  Beverly Bridges, City Clerk, City of Las Vegas Sewer was personally served with the Notice
23  and Preliminary Order of Forfeiture on August 19, 2014, by Immigration and Customs Enforcement.
24  Notice of Filing Service of Process, ECF No. 246.
25  First Service Residential, Nevada, LLC, Registered Agent for Solevita Condominiums
26  Association, Inc. was personally served with the Notice and Preliminary Order of Forfeiture on

1  August 19, 2014, by Immigration and Customs Enforcement. Notice of Filing Service of Process,
2  ECF No. 246.
3      Sam Hill, President of Solevita Condominiums Association, Inc. was personally served with
4  the Notice and Preliminary Order of Forfeiture on August 19, 2014, by Immigration and Customs
5  Enforcement. Notice of Filing Service of Process, ECF No. 246.
6      Lisbet Vandenberg, Registered Agent for Nevada Title Company was personally served with
7  the Notice and Preliminary Order of Forfeiture on August 20, 2014, by Immigration and Customs
8  Enforcement. Notice of Filing Service of Process, ECF No. 246.
9      Jeffrey T. Harris, President, Nevada Title Company was personally served with the Notice
10 and Preliminary Order of Forfeiture on August 20, 2014, by Immigration and Customs Enforcement.
11 Notice of Filing Service of Process, ECF No. 246.
12     David Z. Chesnoff, Attorney for Joshua Michael Riley and JMR Enterprises was personally
13 served with the Notice and Preliminary Order of Forfeiture on August 19, 2014, by Immigration and
14 Customs Enforcement. Notice of Filing Service of Process, ECF No. 246.
15     JMR Enterprises was served via certified and regular mail with the Notice and Preliminary
16 Order of Forfeiture on August 14, 2014, by Immigration and Customs Enforcement. Notice of Filing
17 Service of Process, ECF No. 246.
18     Andy A. Hafen, Mayor, City of Henderson was personally served with the Notice and
19 Preliminary Order of Forfeiture on September 23, 2014, by Immigration and Customs Enforcement.
20 Notice of Filing Service of Process, ECF No. 246.
21     Sabrina Mercadante, City Clerk, City of Henderson was personally served with the Notice and
22 Preliminary Order of Forfeiture on September 23, 2014, by Immigration and Customs Enforcement.
23 Notice of Filing Service of Process, ECF No. 246.
24     Josh Reid, City Attorney, City of Henderson was personally served with the Notice and
25 Preliminary Order of Forfeiture on September 23, 2014, by Immigration and Customs Enforcement.
26 Notice of Filing Service of Process, ECF No. 246.

Priscilla Howell, Director of Utility Services, City of Henderson was personally served with the Notice and Preliminary Order of Forfeiture on September 23, 2014, by Immigration and Customs Enforcement. Notice of Filing Service of Process, ECF No. 246.

On September 19, 2014, the Clark County Treasurer filed a Verified petition to Assert Legal Interest in Forfeited Property (ECF No. 243).

On October 16, 2014, the United States filed a Proposed Settlement Agreement for Entry of Order of Forfeiture as to the Clark County Treasurer and Order (ECF No. 252).

On October 20, 2014, the court granted the Settlement Agreement for Entry of Order of Forfeiture as to the Clark County Treasurer and Order (ECF No. 254).

This Court finds no other petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2) and Title 21, United States Code, Section 853(a)(1), (a)(2), (n)(7), and (p) and shall be disposed of according to law:

<u>Seizure #: 2012272200013201</u>

1. 10 count 10 ounce yellow colored (gold) bars Pamp Suisse @ $161,400.00
2. 1 count 100 ounce yellow colored (gold) bar @ $161,400.00
3. 16 count 1 ounce yellow colored (gold) coins @ $25,824.00
4. 2 count white colored (silver) coins @ $200.00
5. 8 count 10 ounce yellow colored (gold) coins Scotiabank @ $12,912.00
6. 10 count 1 ounce white colored (palladium) bar @ $1575.00
7. 4 ounces of yellow colored (gold) pellets @ $6456.00

8. 1 count yellow/white David Yurman watch @ $2500.00

9. 1 count yellow Rolex watch with white stones @ $10,000.00

10. 1 count yellow colored (gold) medallion & necklace @ $2,200.00

11. 11 count Western Union Money Orders @ $5825.00

12. 9 count Moneygram Money Orders @ $3971.00

13. 5 count U.S. Postal Money Orders @ $3011.00

14. 2 count Rouse's Money Orders @ $377.00

15. 1 count unidentified Money Order @ $553.96

16. 1 count unidentified check @ $10,000.00

17. 3 count Capital One Cashier's Checks @ $3,000.00

18. 1 Taurus "The Judge" Revolver, 410 GA / .45 LC, Serial # ES 423236

19. 5 Remington 410 Gauge Shells

20. 1 Smith & Wesson .357 Revolver, Model 65-2, Serial # AUN0490

21. 6 Winchester .357 Bullets

Seizure # 2012272200013301

22. 1 count 1 ounce yellow colored (gold) coin Scotiabank @ $1614.00

23. 6 count 1 ounce white colored (silver) coins @ $162.00

Seizure #: 2012272200014401

24. Funds held in Wells Fargo Bank account number 3778869192 (Joshua M. Riley / JMR Enterprises) @ $676,531.10

Seizure #: 2012272200014301

25. Funds held in US Bank account number 2-537-5271-5834 (Joshua M. Riley) @ $175.00

26. Funds held is US Bank account number 1-537-5497-5073 (Joshua M. Riley) @ $105,464.84

. . .

Seizure #: 2012272200014701

27. Funds held in Nevada Title Company escrow account number 12-07-0556 @ $20,000.00

Seizure #: 2013272200000201

28. 2 count Western Union Money Orders @ $630.00

29. 3 count Western Union Money Orders @ $2207.00

30. 1 count U.S. Postal Money Order @ $349.00

31. 1 count Moneygram Money Order @ $367.00

32. 2 count Moneygram Money Orders @ $1259.00

33. 1 count Moneygram Money Order @ $349.00

and

34. The real property having the address of 2120 Ramrod Avenue #1927, Henderson, Nevada. The legal description of this property is included below:

PARCEL I:
UNIT 1927 ("UNIT") IN BUILDING 19 ("BUILDING") AS SHOWN ON THE FINAL PLAT OF BROADSTONE GREEN VALLEY CONDOMINIUMS FILED IN BOOK 135 OF PLATS, PAGE 40, IN THE OFFICIAL RECORDS OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA ("PLAT"), AND AMENDED BY CERTIFICATE OF AMENDMENT RECORDED FEBRUARY 16, 2007 IN BOOK 20070216 AS DOCUMENT NO. 03588 AND AS DEFINED AND SET FORTH IN AND SUBJECT TO THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR SOLEVITA CONDOMINIUMS, (FORMERLY KNOWN AS BROADSTONE GREEN VALLEY CONDOMINIUMS), RECORDED APRIL 4, 2007 AS INSTRUMENT NO. 02601 IN BOOK 20070404, OFFICIAL RECORDS, CLARK COUNTY, NEVADA ("SOLEVITA CONDOMINIUMS DECLARATION").

PARCEL II:
TOGETHER WITH AN UNDIVIDED ALLOCATED FRACTIONAL INTEREST IN AND TO THE GENERAL COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE SOLEVITA CONDOMINIUMS (FORMERLY KNOWN AS BROADSTONE GREEN VALLEY CONDOMINIUMS DECLARATION).

PARCEL III:
TOGETHER WITH AN EXCLUSIVE INTEREST IN AND TO THOSE LIMITED COMMON ELEMENTS, IF ANY, APPURTENANT TO THE

UNIT, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE SOLEVITA CONDOMINIUMS (FORMERLY KNOWN AS BROADSTONE GREEN VALLEY CONDOMINIUMS DECLARATION).

PARCEL IV:
TOGETHER WITH A NON-EXCLUSIVE EASEMENT OF REASONABLE INGRESS TO AND EGRESS FROM THE UNIT, AND OF ENJOYMENT OF THE GENERAL COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE SOLEVITA CONDOMINIUMS (FORMERLY KNOWN AS BROADSTONE GREEN VALLEY CONDOMINIUMS DECLARATION).

(APN: 161-32-312-295); and

35.  a 2012 Cadillac CTS, vehicle identification number (VIN) 1G6DP5E30C0131689.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 12th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE